### 13665.   HORNE v. COODY.

BROYLES, C. J.   While the verdict is decidedly against the weight of the evidence, it is not unsupported by any evidence, and, the finding of the jury having been approved by the trial judge, this court is without authority to interfere.

>          *Judgment affirmed.   Luke and Bloodworth, JJ., concur.*
>                      DECIDED JULY 25, 1922.

Appeal; from Bleckley superior court — Judge Graham. April 15, 1922.

*J. M. Bleckley,* for plaintiff in error.

*C. A. Weddington,* contra.